*E-Filed 8/11/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GERARDO REYES,                                  No. C 11-3527 RS (PR)

          Petitioner,                          **ORDER OF DISMISSAL**

     v.

GREG LEWIS, Warden,

          Respondent.
_____/

     This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner.  Petitioner's motion to dismiss his petition voluntarily (Docket No. 3) is GRANTED.  The petition is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk shall enter judgment in favor of respondent, and close the file.

     **IT IS SO ORDERED**.

DATED:  August 11, 2011

_____
RICHARD SEEBORG
United States District Judge